Skip to Main Content   Logout   My Account   Search Menu   New Criminal Search   Refine Search   Back                    Location : Pinellas County   Help

# REGISTER OF ACTIONS
## CASE NO. 22-10304-MM



Order Documents!   Click Here!
Request Now!   Including Certified!

| | |
|---|---|
| **STATE OF FLORIDA vs. RODRIGUEZ, RAYMOND ROBERT** | Case Type: **MISDEMEANOR** |
| § | Date Filed: **08/03/2022** |
| § | Location: **Division E** |
| § | Judicial Officer: **VACCARO, DOROTHY** |
| § | UNIFORM CASE NUMBER: **522022MM010304000APC** |

---

## PARTY INFORMATION

| DEFENDANT | RODRIGUEZ, RAYMOND ROBERT | | Attorneys |
|---|---|---|---|
| | 5322 16TH AVE S | Male White | ~~REGIONAL COUNSEL~~ |
| | GULFPORT, FL 33707 | DOB: 07/19/1959 | *~~Court Appointed~~* |
| | Other Agency Numbers | 6' 0", 160 lbs | ~~15500 LIGHTWAVE DR STE 107~~ |
| | 01525973 TRUE SPN | | ~~CLEARWATER, FL 33760~~ |

~~JAMIE XARRAS~~
*~~Public Defender~~*
~~Attn: PUBLIC DEFENDERS OFFICE~~
~~14250 49th ST N~~
~~CLEARWATER, FL 33762~~

~~727-464-6516(W)~~

~~JOSEPH MONTRONE JR, ESQ~~
*~~Court Appointed~~*
~~THE ALEXANDER BUILDING~~
~~535 CENTRAL AVE., SUITE 314~~
~~ST PETERSBURG, FL 33701~~

~~727-538-4155(W)~~

~~KYLE DELGADO~~
*~~Public Defender~~*
~~Attn: PUBLIC DEFENDERS OFFICE~~
~~14250 49th ST N~~
~~CLEARWATER, FL 33762~~

~~727-464-6516(W)~~

~~ROSE LONDON~~
*~~Public Defender~~*
~~Attn: PUBLIC DEFENDERS OFFICE~~
~~14250 49th ST N~~
~~CLEARWATER, FL 33762~~

~~727-464-6516(W)~~

~~STEPHEN J NELSON~~
*~~Public Defender~~*

Attn: PUBLIC DEFENDERS
OFFICE
14250 40th ST N
CLEARWATER, FL 33762

727-823-4191(W)

**STATE**        STATE OF FLORIDA

**BRUNO DEZAYAS**

STATE ATTORNEY'S OFFICE
PO BOX 17500
CLEARWATER, FL 33762-
1500

727-464-6221(W)

SAVANNAH DAKOS

STATE ATTORNEY'S OFFICE
PO BOX 17500
CLEARWATER, FL 33762-
1500

727-464-6221(W)

TYLER HILLIER

STATE ATTORNEY'S OFFICE
PO BOX 17500
CLEARWATER, FL 33762

727-464-6221(W)

---

## CHARGE INFORMATION - (CHECK PCSO FOR CUSTODY INFO)

| Charges: RODRIGUEZ, RAYMOND ROBERT | Statute | Level | Date |
|---|---|---|---|
| 1. OBSTRUCTING OR RESISTING OFFICER WITHOUT VIOLENCE | 843.02 | MISDEMEANOR - 1ST | 08/02/2022 |
| 2. CRIMINAL MISCHIEF | 806.13(1)(B)2 | MISDEMEANOR - 1ST | 08/02/2022 |

**Bonds**
CASH BOND         #000487510         $150
    08/03/2022         OPEN BOND
    Counts:2
    08/02/2022         Arrest Date
    Comments:         PCSO Receipt Number 000487510;

CASH BOND         #000487530         $150
    08/03/2022         OPEN BOND
    Counts:1
    08/02/2022         Arrest Date
    Comments:         PCSO Receipt Number 000487530;

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
07/24/2023 **PRE-TRIAL** (1:30 PM) (Judicial Officer VACCARO, DOROTHY)
05/17/2023 **DEFENDANT'S NOTICE RETURNED UNCLAIMED/UNDELIVERABLE**        Doc # 53
05/08/2023 **PRE-TRIAL** (1:30 PM) (Judicial Officer VACCARO, DOROTHY)
    Result: HEARING HELD
05/08/2023 **ORDER GRANTING - IN COURT        Doc # 48**
    *PRO SE/MOTION TO DISMISS ATTORNEY*
05/08/2023 **ORDER GRANTING - IN COURT        Doc # 49**
    *PRO SE/MOTION TO REPRESENT SELF*
05/08/2023 **REGIONAL COUNSEL WITHDRAWN        Doc # 50**
05/08/2023 **PRE-TRIAL HEARING SET        Doc # 51**
05/08/2023 **MISCELLANEOUS TEXT - ICD        Doc # 52**
    *COURT FINDS DEFENDANT MAY REPRESENT SELF*
04/14/2023 **DEFENDANT'S NOTICE RETURNED UNCLAIMED/UNDELIVERABLE**        Doc # 47
04/04/2023 **PRE-TRIAL** (8:30 AM) (Judicial Officer VACCARO, DOROTHY)
    Result: HEARING HELD

| | | |
|---|---|---|
| 04/04/2023 | **PRE-TRIAL HEARING SET** | **Doc # 45** |
| 04/04/2023 | **NOTICE OF HEARING GENERATED IN COURT** | **Doc # 46** |
| 03/23/2023 | **LETTER REGARDING ANSWER TO DEMAND FOR DISCOVERY** | **Doc # 44** |
| 03/15/2023 | **DEFENDANT'S NOTICE RETURNED UNCLAIMED/UNDELIVERABLE** | **Doc # 43** |
| 03/13/2023 | **ACKNOWLEDGMENT OF ADDITIONAL DISCOVERY** | **Doc # 42** |
| 03/06/2023 | **PRE-TRIAL** (1:30 PM) (Judicial Officer VACCARO, DOROTHY) | |
| | Result: HEARING HELD | |
| 03/06/2023 | **PRE-TRIAL HEARING SET** | **Doc # 41** |
| 03/03/2023 | **DESIGNATION OF EMAIL ADDRESS** | **Doc # 34** |
| 03/03/2023 | **DEMAND FOR DISCOVERY** | **Doc # 35** |
| 03/03/2023 | **WRITTEN PLEA NOT GUILTY BY ATTORNEY** | **Doc # 36** |
| 03/03/2023 | **DEMAND AND REQUEST FOR COPY OF INFORMATION** | **Doc # 37** |
| 03/03/2023 | **DEMAND FOR STATEMENT OF PARTICULARS** | **Doc # 38** |
| 03/03/2023 | **MOTION TO PRESERVE EVIDENCE** | **Doc # 39** |
| 03/03/2023 | **NOTICE OF APPEARANCE** | **Doc # 40** |
| | *JOSEPH MONTRONE JR* | |
| 02/03/2023 | **LETTER REGARDING ANSWER TO DEMAND FOR DISCOVERY** | **Doc # 32** |
| 02/01/2023 | **DEFENDANT'S NOTICE RETURNED UNCLAIMED/UNDELIVERABLE** | **Doc # 33** |
| 01/23/2023 | **PRE-TRIAL** (1:30 PM) (Judicial Officer VACCARO, DOROTHY) | |
| | Result: HEARING HELD | |
| 01/23/2023 | **PRE-TRIAL HEARING SET** | **Doc # 30** |
| 01/23/2023 | **NOTICE OF HEARING GENERATED IN COURT** | **Doc # 31** |
| 12/21/2022 | **DEFENDANT'S NOTICE RETURNED UNCLAIMED/UNDELIVERABLE** | **Doc # 29** |
| 12/05/2022 | **PRE-TRIAL** (1:30 PM) (Judicial Officer VACCARO, DOROTHY) | |
| | Result: HEARING HELD | |
| 12/05/2022 | **PRE-TRIAL HEARING SET** | **Doc # 28** |
| 11/22/2022 | **DESIGNATION OF EMAIL ADDRESS** | **Doc # 20** |
| 11/22/2022 | **DEMAND FOR DISCOVERY** | **Doc # 21** |
| 11/22/2022 | **WRITTEN PLEA NOT GUILTY BY ATTORNEY** | **Doc # 22** |
| 11/22/2022 | **DEMAND AND REQUEST FOR COPY OF INFORMATION** | **Doc # 23** |
| 11/22/2022 | **MOTION TO PRESERVE EVIDENCE** | **Doc # 24** |
| 11/22/2022 | **NOTICE OF APPEARANCE** | **Doc # 25** |
| | *BRIAN PINGOR* | |
| 11/22/2022 | **ORDER TO WITHDRAW PD DUE TO CONFLICT** | **Doc # 26** |
| 11/22/2022 | **REGIONAL COUNSEL APPOINTED** | **Doc # 27** |
| 11/21/2022 | **MOTION TO WITHDRAW PD** | **Doc # 19** |
| 11/14/2022 | **DEFENDANT'S NOTICE RETURNED UNCLAIMED/UNDELIVERABLE** | **Doc # 18** |
| 11/03/2022 | **DEFENDANT'S NOTICE RETURNED UNCLAIMED/UNDELIVERABLE** | **Doc # 17** |
| 10/31/2022 | **ARRAIGNMENT** (8:30 AM) (Judicial Officer VACCARO, DOROTHY) | |
| | *same def has other charges on PM PTC cal too.* | |
| | Result: HEARING HELD | |
| 10/31/2022 | **ORDER DENYING - IN COURT** | **Doc # 13** |
| | *S/MTN TO REVOKE BOND* | |
| 10/31/2022 | **WAIVED RIGHT TO SPEEDY TRIAL** | **Doc # 14** |
| 10/31/2022 | **PRE-TRIAL HEARING SET** | **Doc # 15** |
| 10/31/2022 | **NOTICE OF HEARING GENERATED IN COURT** | **Doc # 16** |
| 10/28/2022 | **MOTION TO REVOKE BOND** | **Doc # 12** |
| 10/20/2022 | **NOTICE OF REQUEST FOR COSTS OF PROSECUTION** | **Doc # 10** |
| 10/20/2022 | **ANSWER TO DEMAND FOR DISCOVERY** | **Doc # 11** |
| 10/10/2022 | **INFORMATION FILED** | **Doc # 8** |
| 10/10/2022 | **NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILE** | **Doc # 9** |
| 08/04/2022 | **CASH BOND POSTED** | **Doc # 6** |
| | *REF # 35594373* | |
| | Charges: | |
| | 2   CRIMINAL MISCHIEF (806131B2) | |
| 08/04/2022 | **CASH BOND POSTED** | **Doc # 7** |
| | *ALLPAID REF# 35601382* | |
| | Charges: | |
| | 1   OBSTRUCTING OR RESISTING OFFICER WITHOUT VIOLENCE (84302) | |
| 08/03/2022 | **ADVISORY - MALE, MISDEMEANOR** (8:15 AM) (Judicial Officer CARBALLO, JOHN) | |
| | *SPN/PersonID: 1525973 Case Number: 22-10304-MM Name: RODRIGUEZ, RAYMOND Booking Number: SO1904015* | |
| | Result: HEARING HELD | |
| 08/03/2022 | **COMPLAINT & ADVISORY** | **Doc # 1** |
| 08/03/2022 | **ORDER OF PROBABLE CAUSE FOUND** | **Doc # 2** |
| 08/03/2022 | **PD APPOINTED WRITTEN PLEA NG BY PD & DEMAND FOR DISCOVERY** | **Doc # 3** |
| | *PROVISIONAL* | |
| 08/03/2022 | **ADV HRG - NO CHANGE IN BOND** | **Doc # 4** |
| 08/03/2022 | **INVESTIGATIVE COSTS REQUESTED** | **Doc # 5** |
| | Charges: | |
| | 2   CRIMINAL MISCHIEF (806131B2) | |